**Order entered March 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00411-CV

### IN RE TRIANGLE SQUARE, LTD., Relator

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04063-2012**

## ORDER

The Court has before it relator's petition for writ of mandamus. The Court requests that

real party in interest and respondent file any responses by April 8, 2013.


/s/      DAVID EVANS
            JUSTICE